■ THE PEOPLE OF STATE OF NEW YORK ex rel. CRAIG SMITH, Appellant, v JOHN W. BURGE, as Superintendent of Auburn Correctional Facility, Respondent. [811 NYS2d 844]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered January 19, 2005 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Petitioner commenced this proceeding seeking a writ of habeas corpus on the ground that, pursuant to Penal Law § 70.25 (1) (a), his sentences should have been deemed to run concurrently. We conclude that Supreme Court properly dismissed the petition. Pursuant to Penal Law § 70.25 (2-a), petitioner's most recently imposed sentence was required to run consecutively to the undischarged portion of petitioner's prior sentence, despite the sentencing court's failure to address that issue on the record at sentencing. Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN ROSS, Appellant. [810 NYS2d 722]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered March 31, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Green, JJ.